UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MARGARET WENGER,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY and WILSON MOORE,<br><br>Defendants. | ) | Court File No. 00-1996 JMR/SRN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The above styled civil action having been fully and finally settled, compromised and adjusted as between the parties, the parties hereto, by their duly authorized and undersigned counsel of record, do hereby stipulate to dismissal of said civil action, and all claims and causes of action therein, ***with prejudice***, in accordance with Rule 41 of the Federal Rules of Civil Procedure, each party to bear his, hers and its own costs, expenses and attorney's fees.

Dated:____________________

STIPULATED TO AND SUBMITTED BY:

MILLER & HIPP PLLP

By________________________
Kathryn Hipp Carlson Minn. No. 242020
240 Mill Place, 111 Third Avenue South
Minneapolis, Minnesota 55401
(612) 333-8600
ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

2001
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

-and-

CRONAN, PEARSON, QUINLIVAN P.A.

By ______________________________
Michael R. Quinlivan (#152808)
1400 Foshay Tower
821 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 332-1300
FAX: (612) 332-3229
ATTORNEYS FOR DEFENDANT
WILSON MOORE

-and-

By ______________________________
Joel M. Anderson
2150 Third Street, Suite 2
White Bear Lake, Minnesota 55110
(651) 426-4009
ATTORNEY FOR PLAINTIFF
MARGARET WENGER

**The foregoing is SO ORDERED this 19th day of March, 2001.**

______________________________
**Honorable James M. Rosenbaum**
**United States District Judge**